UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:

JOHN LEWIS COAKE, IV                     CASE NO. 14-11220-TMD-7

    DEBTOR

### ORDER GRANTING DEBTOR'S MOTION TO COMPEL TRUSTEE TO ABANDON INTEREST IN MEXICAN LAND TRUST PURSUANT TO 11 U.S.C. SEC. 554(b)

     On this day the Court considered Debtor's Motion to Compel Trustee to Abandon Interest in Mexican Land Trust Pursuant to 11 U.S.C. Sec. 554(b). The Court finds the granting of this motion would be beneficial to all interested parties, and no objection or request for hearing has been filed. It is therefore,

     ORDERED that the Trustee shall abandon his interest in the trust and the underlying property in Puerto Vallarta, Jalisco, Mexico within 10 days of the entry of this order.

                                                   ###

*Prepared in the*
*Law Office of Michael Baumer*
*7600 Burnet Road, Suite 530*
*Austin, TX 78757*
*512/476-8707; 512/476-8604*