# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 14–11220–tmd
Chapter No.: 7
Judge: Tony M. Davis

IN RE: **John Lewis Coake, IV**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **8/2/16   at   10:30 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 22 Motion to Compel Abandonment of Mexican Land Trust (21 Day Objection Language) (Filing Fee: $ 176.00) filed by Michael V. Baumer for Debtor John Lewis Coake IV (Attachments: # 1 Proposed Order)) Hearing Scheduled For 8/2/2016 at 10:30 AM at Austin Courtroom 1 .....IF TIME ESTIMATE FOR BOTH SIDES EXCEEDS 30 MINUTES, PLEASE E–MAIL THE COURTROOM DEPUTY AT JENNIFER_LOPEZ@TXWB.USCOURTS.GOV FOR A SPECIAL SETTING. (Miiller, Sherri)

Dated:  7/7/16

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]