**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE JOHN LEWIS COAKE IV | § | Case No. 14-11220 |
| | § | |
| Debtor | § | Chapter 7 |
| | § | |

**TRUSTEE'S RESPONSE TO MOTION TO COMPEL ABANDONMENT**

COMES NOW, Ron Satija, Chapter 7 Trustee ("Trustee") and files this *Response to Motion to Compel Abandonment* and would respectfully show as follows:

1. On June 14, 2016, the Debtor filed its Motion to Compel Abandonment.

2. On July 5, 2016, interested party Abdenour Achab filed a response to the motion indicating his interest in an estate asset.

3. The Trustee is currently working with Mr. Achab regarding a sale and expects to have a sale procedures motion filed within the next week.

WHEREFORE PREMISES CONSIDERED, the Chapter 7 Trustee respectfully requests that this Court deny the Motion.

Respectfully submitted,

/s/ Ron Satija
Ron Satija, Trustee
State Bar No. 24039158
PO Box 660208
Austin, TX 78766-7208
Tel: (512) 900-8223
Fax: (512) 900-8224
Email: rsatija@satijatrustee.com

**CHAPTER 7 TRUSTEE**

8199612v.1

## **CERTIFICATE OF SERVICE**

 The signature above certifies that a true and correct copy of the foregoing document was served by CM/ECF or U.S. Mail on July 13, 2016, on those parties listed below.

               */s/ Ron Satija*
               Ron Satija

| John Coake | MICHAEL BAUMER | US Trustee |
|---|---|---|
| 3822 Steck Ave | 7600 Burnet Road | 903 San Jacinto #230 |
| Austin, TX 78759 | Suite 530 | Austin, TX 78701 |
|  | Austin, TX 78757 |  |
| By Mail |  | By CM/ECF |
|  | CM/ECF |  |

8199612v.1