

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 17, 2016.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | CASE NO. 14-11220-TMD |
| § | |
| John Lewis Coake, IV § | CHAPTER 7 |
| Debtor. § | |

### ORDER VACATING ORDER FINDING WITHDRAWN DEBTOR'S MOTION TO COMPEL TRUSTEE TO ABANDON INTEREST IN MEXICAN LAND TRUST

On July 14, 2016, the Court entered an order finding that the *Debtor's Motion to Compel Trustee to Abandon Interest in Mexican Land Trust Pursuant to 11 U.S.C. Sec. 554(b)* had been withdrawn [ECF # 29]. The Court entered this order in error. Therefore, the Court finds that this order should be vacated.

ACCORDINGLY, IT IS ORDERED that the order finding withdrawn the Debtor's motion [ECF # 29] is VACATED.

# # #